MARK S. ZAID, P.C., and Mark S. Zaid, Esq., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2009–5056.

United States Court of Appeals, Federal Circuit.

June 11, 2009.

Eric Hardy Imperial, Washington, DC, for Plaintiffs–Appellants.

Robert E. Chandler, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Yvonne JETT, Plaintiff–Appellant,

v.

John E. POTTER, Postmaster General, United States Postal Service, Defendant–Appellee.

No. 2009–1356.

United States Court of Appeals, Federal Circuit.

June 12, 2009.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendant–Appellee.

Yvonne Jett, Castro Valley, CA, pro se.

*ORDER*

Yvonne Jett moves to transfer her case to the United States Court of Appeals for the Ninth Circuit and submits a motion for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to transfer is granted. The case and the in forma pauperis motion are transferred to the United States Court of Appeals for the Ninth Circuit.